**Order entered September 27, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00446-CV

## FRANCO MINERVINI AND MARIA MINERVINI, Appellants

## V.

## SCOTT GREENWOOD AND ROSA GREENWOOD, Appellees

### On Appeal from the 471st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 471-05144-2019

### ORDER

Before the Court is the September 22, 2021 amended motion of Daniel C. Perez to withdraw as counsel for appellants. Appellants have agreed to the withdrawal. We **GRANT** the motion and **DIRECT** the Clerk of this Court to remove Mr. Perez as counsel for appellants. Appellants are now representing themselves in the appeal. The contact information for appellants is as follows:

1942 S. Emerson Unit 136
Mesa, Arizona 85210
(480) 242-9232

The clerk's record is past due and the Collin County District Clerk's Office has informed the Court that appellants have not paid for the record. Accordingly, we **ORDER** appellants to provide, **within ten days** of the date of this order, written verification that appellants have paid or made arrangements to pay for the clerk's record or written documentation that appellants have been found to be entitled to proceed without payment of costs. We caution appellants that failure to comply may result in dismissal of the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 37.3(b).

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE